IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

AIS

Prince Sayon Lenard Scott 279776 )
Full name and prison number
of plaintiffs(s)

2019 JUL 25 A II: 21

v.

CIVIL ACTION NO. 2:19-cv-533-MHT-CSC
(To be supplied by Clerk of
U.S. District Court)

Officer fair So

Sgt Harvey

Officer Washington

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Officer Golsen  officer young

            Warden Bolding

            Defendant(s)_____

        2.  Court (if federal court, name the district? if
            state court, name the county)_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*[margin note: officeR fair Assmeg kitchen officer]*

Denying of Meal: harsh and cruel and unusual punishment DuRing the feeding time At fourish pm. officer fair Stood At Chow HAll marking Inmates Hand with a marker I Rubbed it of my hand Because i Have Sensitive Skin and the maker Staine would cause my Hand and arm to Break out He Sends me Back to the Dorm and Refussess to let me eat

*[margin note: Verbaul and physical treat]*

GROUND TWO: officeR washington / dorm officeR I Request that i Be allowed to Go to Shift office to Ask Supervisor if i could Recivie an ADOC. Imcate GRievience and Partition

SUPPORTING FACTS: He tells me no and GRABS me By my color of my shirt and tells me that if He Does call His Supervisor The would Be comming to pill him off my Ass.

*[margin note: Harsh & cruel and unusual punishment]*

GROUND THREE: officeR Sgt HARvey Refussel to let me eat During mealtime After leaveing chow HAll. I was Headed to Shift office to Get A.D.O.C.

SUPPORTING FACTS: Inmate GRievience / portition) to file about the current situation office Harye the Sgt and Supervisor: Rufuse's to Anseru my Request and tells That He is the shift office and nothing would Happen to them if i Dont eat now Get the fuck on

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want officers like these fieren and never to work in A.D.O.C. again and I want Releif of 10,000 Dollars from each party

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-13-19.
(Date)

_____
Signature of plaintiff(s)

4

Witness# 1. Prince Scott AIS 275376
2. Edwin Underwood AIS-317859
3. Leo Davis AIS 319257
4. Brandan Jackson AIS 311380
5. ARthuR Ving # 149075
6. KendRick Randolph A.I.S # 244025
7. Rasheem Powell A.I.S. #318730

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

INSTRUCTIONS FOR COMPLETING CIVIL RIGHTS COMPLAINT FORM
STATEMENT OF PROCEDURES

<u>READ CAREFULLY</u>

I. General Instructions

Your complaint must be legibly handwritten or typewritten on this form. If your complaint is handwritten, please write legibly. You must sign the complaint at the place indicated for your signature. Under Rule 11, <u>Federal Rules of Civil Procedure</u>, your signature means that you have read the complaint and that to the best of your knowledge, information and belief, the complaint is well grounded in fact and is warranted by existing law. If a complaint is filed in violation of Rule 11, the court may impose appropriate sanctions against you. These sanctions may include a requirement to pay to the defendants the amount of reasonable expenses, including attorney fees, created by the filing of the complaint.

While <u>it is no longer required</u>, you may swear to the truth of the facts which are stated in the complaint by executing a declaration under penalty of perjury that the facts alleged in it are true and correct. If you declare that the facts in your complaint are correct, under penalty of perjury, any false statement of any material fact may serve as the basis for prosecution and conviction. Therefore, you should exercise care to ensure that all statements you make in your complaint are true and correct.

Your complaint may be brought in this court only if one or more of the named defendants are located in the geographical area covered by the United States District Court for the Middle District of Alabama. The Middle District of Alabama contains the following counties: Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa.

A plaintiff must file a separate complaint for each claim unless the claims are related to the same incident or issue. The complaint should name the defendants against whom relief is sought and briefly state the facts upon which the claim is based. It is not necessary that a plaintiff state each and every fact upon which he may rely. Rule 8(a) of the <u>Federal Rules of Civil Procedure</u> require only a <u>short</u> and <u>plain</u> statement of claim.

No authorities or citations should be set out in the complaint. If briefs and arguments are submitted, they should be submitted in a separate memorandum for which no form is necessary.

You must include in the complaint all grounds for relief and facts supporting such grounds for relief. It is permissible to include no more than <u>two</u> (2) additional pages if more space is needed to answer a question. All pleadings and other papers in cases filed must be on 8½ x 11 inch paper. Otherwise, this office cannot accept them for filing. Additionally, all pleadings filed must be an original document. Copies of a pleading will not be accepted.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350. In addition, you will be required to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court for leave to proceed without payment of fees. A blank application for this purpose is included and it should be filed with your complaint. It must be notarized by a notary public or other official authorized to administer oaths or must contain your statement that it is true and correct. If more than one plaintiff is named on the complaint, a separate application will be required for each.

If you wish to proceed without payment of fees, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. What amount, if any, of the filing fee and the cost of serving the complaint you will be required to pay will be determined from the information supplied to the court by you and the penal institution.

**GINA J. ISHMAN**
MONTGOMERY COUNTY CIRCUIT CLERK
P.O. BOX 1667
MONTGOMERY, AL 36102-1667



U.S. POSTAGE PITNEY BOWES

ZIP 36104 $ 000.65
02 4W
0000364116 JUL 24 2019

Frank M. Johnson, Jr. U.S. Courthouse Complex
One Church Street
Montgomery, AL 36104

3610434018 C039

from: MR. Prince Sayon Lenerd moore scott II. A.I.S. 279776

Kilby correctional

Po Box 150

Mount Meigs, AL, 36057-000



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

TO: Gina J. Ishman

Circuit Clerk

Montgomery County Courthouse

P.O. Box 1667

6102-1667

Legale Mail