IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRINCE SAYON LENARD SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv533-MHT |
| ) | (WO) |
| OFFICER FAIR SO, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that one of the defendant correctional officers denied plaintiff a meal without just cause, another grabbed plaintiff by his collar and threatened him with bodily harm, and another refused to give plaintiff a grievance form that he requested to write a complaint about the incident. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of February, 2020.

                                         /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE